FILED

2017 JUL -6 PM 2: 09

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TOYA GREEN-MOBLEY,

    Plaintiff,

v.

CAPITAL ONE AUTO FINANCE, INC.

    Defendant.

_____/

CASE NO: 3:17-CV-764-J-34JBT

**Jury Trial Demanded**

**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

Plaintiff TOYA GREEN-MOBLEY ("Ms. Green-Mobley" or "Plaintiff") files suit against CAPITAL ONE AUTO FINANCE, INC. ("CAPITAL ONE" or "Defendant") and in support alleges:

**NATURE OF ACTION**

1. This is an action for injunctive relief and damages in excess of $15,000 brought by Plaintiff, Toya Green-Mobley, for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. ("TCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 et seq. ("FCCPA") by CAPITAL ONE. Fundamentally, this case is about CAPITAL ONE's refusal to respect Ms. Green-Mobley's personal and legal rights in its attempts to collect an alleged debt.

**JURISDICTION AND VENUE**

2. Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1367(a), and 47 U.S.C. § 227(b)(3). *See Mims v. Arrow Fin. Serv., LLC*, 132 S.Ct. 740, 753 (2012) (federal district courts have federal question jurisdiction over TCPA claims).

## THE PARTIES

3. Plaintiff, Toya Green-Mobley, is a natural person residing in Virginia.

4. Ms. Green-Mobley received a majority of the calls from CAPITAL ONE while residing in Florida.

5. Ms. Green-Mobley is the regular user and carrier of cell phone number (407) 244-6433.

6. At all times material, CAPITAL ONE was transacting business in the State of Florida.

7. CAPITAL ONE is a corporate entity responsible for attempting to collect an alleged debt from Ms. Green-Mobley.

8. CAPITAL ONE is an auto finance company with a principal place of business at 7933 Preston Road, Plano, Texas 75024.

9. Ms. Green-Mobley is the recipient of the CAPITAL ONE calls.

10. Ms. Green-Mobley is the "called party." *See Soppet v. Enhanced Recovery Co., LLC*, 679 F.3d 637, 643 (7th Cir. 2012).

11. Ms. Green-Mobley is a "consumer" as defined in Florida Statute Section 559.55(2).

12. The alleged debt that is the subject matter of this complaint is a "consumer debt" as defined by Florida Statute Section 559.55(1).

13. Ms. Green-Mobley hired Davis Law Firm to represent her to seek relief from the overwhelming volume of debt collection calls that Ms. Green-Mobley is receiving from CAPITAL ONE.

## BACKGROUND

14. On November 24, 2013, Ms. Green-Mobley started receiving multiple collection calls per day from CAPITAL ONE to her cell phone (407) 244-6433.

15. CAPITAL ONE called Ms. Green-Mobley in an attempt to collect an alleged debt.

16. *NATURE OF THE VIOLATIONS.* Exhibit "A" displays the times and dates of calls made by CAPITAL ONE to Ms. Green-Mobley's cell phone (407) 244-6433.

17. CAPITAL ONE made at least 711 calls to Ms. Green-Mobley's cell phone.

18. Between September 15, 2013, and March 18, 2017, Ms. Green-Mobley sent at least five (5) letters requesting that CAPITAL ONE "stop calling" her.

19. Additionally, on at least a dozen occasions, Ms. Green-Mobley orally requested that CAPITAL ONE "stop calling" her.

20. Despite these repeated requests, CAPITAL ONE continued to call Ms. Green-Mobley's cell phone.

21. *MS. GREEN-MOBLEY REVOKED CONSENT MULTIPLE TIMES.* On September 15, 2013, Ms. Green-Mobley notified CAPITAL ONE that she lost her job at SunTrust Bank ("SunTrust") and to "stop calling" her.

22. Exhibit "B" displays Ms. Green-Mobley's letter dated September 15, 2013, asking CAPITAL ONE to "stop calling" her.

23. Ms. Green-Mobley's September 15, 2013, letter stated:

> I am writing to notify you that I am currently unemployed. I have been laid off from my employment with SunTrust Bank per the attached letter. I am currently homeless and staying with family. I will not be able to pay the regular payment amount of $499.00 each month. If you check your records you will see that I have paid on time since I got this loan and I will try to send a partial payment in each month until I can secure employment. I cannot specify what that amount will be as I do not know how much unemployment I

will receive or when it will start, but when I obtain employment I will return to sending the regular payment. **I request that all communication be sent in writing by either e-mail or US postal mail to the address above, as it does no good for me to get bombarded with telephone calls if my situation has not changed and I am unemployed.**

24. Exhibit "C" displays SunTrust's layoff letter addressed to Ms. Green-Mobley.

25. The SunTrust layoff letter attachment was to advise CAPITAL ONE that "Business changes have resulted in a reduction of force and elimination of Toya Green's position effective 8/31/2013."

26. Even after being notified that Ms. Green-Mobley was unemployed and did not want to be called, CAPITAL ONE continued to call Ms. Green-Mobley to harass her.

27. On January 13, 2014, CAPITAL ONE sent Ms. Green-Mobley a letter acknowledging her prior communication regarding her unemployment.

28. Exhibit "D" displays CAPITAL ONE'S January 13, 2014 letter to Ms. Green-Mobley.

29. CAPITAL ONE'S letter stated "Thank you for speaking with us about an extension on your Capital One Auto Finance account . . . . If completed, this extension will move one payment of $499.00 to the end of your loan term. Your account maturity date will move from 9/4/16 to 10/4/16."

30. CAPITAL ONE continued to call Ms. Green-Mobley to harass her.

31. In January of 2016, Ms. Green-Mobley sent CAPITAL ONE another letter and informed CAPITAL ONE that "I am unemployed and taking care of my grandson in Virginia," and she again revoked consent to call by requesting "Capital One communicate in writing."

32. Still, CAPITAL ONE continued to call Ms. Green-Mobley to harass her.

33. In September of 2016, Ms. Green-Mobley sent yet another letter to CAPITAL ONE

informing CAPITAL ONE that "I am unemployed and my new address is 6818 Mikayla lane Cordova, TN 38018." Notably, Ms. Green-Mobley again revoked by requesting "**all communication in writing.**"

34. Again, CAPITAL ONE continued to call Ms. Green-Mobley to harass her.

35. On February 13, 2017, Ms. Green-Mobley sent CAPITAL ONE a $50.00 money order and letter.

36. Exhibit "E" displays Ms. Green-Mobley's letter dated February 13, 2017, asking CAPITAL ONE to "stop calling" her.

37. Ms. Green-Mobley's February 13, 2017, letter stated:

> I have been unemployed since August of 2015 as your records will show that is the last full payment you received from me. I sent a letter at that time letting your company know I was unemployed and **I also requested communications via writing** to allow me to have record, but I received no reply.
>
> ***
>
> **Please provide communications via US mail, as it does no good for your representatives to bombard me with phone calls when I have clearly explained my circumstances.** I am seeking permanent full-time employment and working with various agencies. At this time I have attached a money order for $50.00 which I will continue to send each month as long as there are funds available and will increase that amount when/if a job is obtained.

38. CAPITAL ONE received Ms. Green-Mobley's request to "stop calling" her because CAPITAL ONE deposited the $50.00 money order enclosed in Ms. Green-Mobley's revocation letter.

39. Again, CAPITAL ONE continued to call Ms. Green-Mobley to harass her.

40. On March 18, 2017, Ms. Green-Mobley sent CAPITAL ONE another $50.00

money order and letter.

41. Exhibit "F" displays Ms. Green-Mobley's letter dated March 18, 2017, asking CAPITAL ONE to "stop calling" her.

42. Ms. Green-Mobley's March 18, 2017, letter stated:

> I have been unemployed since August of 2015 as your records will show that is the last full payment you received from me. I sent a letter at that time letting your company know I was unemployed and **I also requested communications via writing** to allow me to have a record, but I received no reply.
>
> ***
>
> **Please provide communications via US mail, as it does no good for your representatives to bombard me with phone calls when I have clearly explained my circumstances.** I am seeking permanent full-time employment and working with various agencies. At this time I have attached a money order for $50.00 which I will continue to send each month as long as there are funds available and will increase that amount when/if a job is obtained.

43. CAPITAL ONE received Ms. Green-Mobley's request to "stop calling" her because CAPITAL ONE deposited the $50.00 money order enclosed in Ms. Green-Mobley's revocation letter.

44. CAPITAL ONE continues to call Ms. Green-Mobley to harass her.

45. ***CAPITAL ONE LACKED CONSENT.*** Ms. Green-Mobley is the regular user and subscriber to cell phone (407) 244-6433.

46. Ms. Green-Mobley revoked any consent when she asked CAPITAL ONE to "stop calling" her.

47. CAPITAL ONE has called Ms. Green-Mobley's cell phone over 711 times.

48. CAPITAL ONE'S calls are so frequent that Ms. Green-Mobley often does not

answer incoming phone calls from anyone.

49. ***CAPITAL ONE'S PRACTICES.*** CAPITAL ONE called Ms. Green-Mobley using telephone number(s): (972) 378-3660 and (800) 946-0332.

50. The telephone number (972) 378-3660 is a number that does or did belong to CAPITAL ONE or its agents.

51. The telephone number (800) 946-0332 is a number that does or did belong to CAPITAL ONE or its agents.

52. CAPITAL ONE attempted to collect an alleged debt from Ms. Green-Mobley by overwhelming her with telephone calls.

53. CAPITAL ONE attempted to collect an alleged debt from Ms. Green-Mobley by bombarding her with voice messages.

54. Most recently, between May 12, 2017, and June 5, 2017, Ms. Green-Mobley received five (5) identical voice messages from CAPITAL ONE.

55. CAPITAL ONE'S June 5, 2017, voice message stated:

> This message is for Toya Green, this is Jessie calling from Capital One Auto Finance. Very important that we speak to you at your earliest convenience. If you would give us a return call today because the option's still available for you. Office is open until 5:00 p.m. Central Standard Time. Our number is 866-333-1520. Thank you.

56. The calls made by CAPTIAL ONE to Ms. Green-Mobley's cell phone were willfully or knowingly made.

57. The calls made by CAPTIAL ONE to Ms. Green-Mobley's cell phone were made using an automatic telephone dialing system.

58. The calls made by CAPITAL ONE to Ms. Green-Mobley's cell phone were made using an artificial or prerecorded voice.

59. Ms. Green-Mobley recognized CAPITAL ONE'S use of an artificial or prerecorded voice from the pause or click Ms. Green-Mobley heard when answering her cell phone.

60. The calls made by CAPITAL ONE to Ms. Green-Mobley's cell phone were not made for emergency purposes.

61. All conditions precedent to this action have been performed or waived.

### COUNT I – VIOLATIONS OF THE TCPA BY CAPITAL ONE

62. Plaintiff incorporates by reference paragraphs 1 through 61 of this Complaint.

63. CAPITAL ONE negligently, willfully, or knowingly placed non-emergency telephone calls to Ms. Green-Mobley's cell phone.

64. CAPITAL ONE called Ms. Green-Mobley using an automatic telephone dialing system and/or used a pre-recorded or artificial voice.

65. CAPITAL ONE called Ms. Green-Mobley after she revoked any consent by telling CAPITAL ONE to "stop calling" her.

66. Therefore, CAPITAL ONE is in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

67. WHEREFORE, Plaintiff requests that this Court enter judgment in favor of Plaintiff, Toya Green-Mobley and against Defendant, CAPITAL ONE for:

   a) Damages; and

   b) Such other or further relief as this Court deems equitable, just, or proper.

## COUNT II – VIOLATIONS OF THE
## FLORIDA CONSUMER COLLECTION PRACTICES ACT

68.     Plaintiff incorporates by reference paragraphs 1 through 61 of this Complaint.

69.     At all times material, CAPITAL ONE attempted to collect an alleged debt from Ms. Green-Mobley.

70.     CAPITAL ONE continued to call Ms. Green-Mobley despite CAPITAL ONE'S actual knowledge that Ms. Green-Mobley had sent at least five (5) letters asking CAPITAL ONE to "stop calling" her.

71.     CAPITAL ONE continued to call Ms. Green-Mobley despite CAPITAL ONE'S actual knowledge that Ms. Green-Mobley orally requested CAPITAL ONE over a dozen times to "stop calling" her.

72.     CAPITAL ONE continued to call Ms. Green-Mobley's cell phone using automatic telephone dialing equipment without her consent.

73.     CAPITAL ONE'S 711 calls to Ms. Green-Mobley were made in a manner reasonably expected to harass in violation of Fla. Stat. § 559.72(7).

74.     CAPITAL ONE'S constant calls to Ms. Green-Mobley over a five-year time period were made in a manner reasonably expected to harass in violation of Fla. Stat. § 559.72(7).

75.     From November 24, 2013, through June 5, 2017, CAPITAL ONE called Ms. Green-Mobley over 60 times between 9:00 p.m. and 8:00 a.m. without Ms. Green-Mobley's prior consent in violation of Fla. Stat. § 559.72(17).

76.     CAPITAL ONE had actual knowledge that it did not have a legal right to use such collection techniques in violation of Fla. Stat. §§ 559.72(7),(17).

77.     CAPITAL ONE continued to call Ms. Green-Mobley's cell phone using automatic telephone dialing equipment or a prerecorded or automated voice despite having actual knowledge

that Ms. Green-Mobley revoked any consent to be called.

78. WHEREFORE, Plaintiff requests that this Court enter judgment in favor of Plaintiff, Toya Green-Mobley and against Defendant, CAPITAL ONE for:

    a)    Actual and statutory damages;

    b)    Attorney's fees, litigation expenses, and costs of suit;

    c)    An injunction permanently enjoining the Defendant from engaging in the violative practices; and

    d)    Such other or further relief as this Court deems equitable, just, or proper.

Respectfully Submitted,

DAVIS LAW FIRM

*s/TODD M. DAVIS*
TODD M. DAVIS, ESQ.
FL BAR NO. 58470
Bank of America Tower
50 N. Laura Street
Suite 2500
Jacksonville, FL 32202
904-400-1429 (T)
904-638-8800 (F)
TD@DavisPLLC.com