# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

TOYA GREEN-MOBLEY,

    PLAINTIFF,

v.                                                CASE NO. 3:17-CV-764-J-34-JBT

CAPITAL ONE AUTO FINANCE, INC.

    DEFENDANT.

_____/

## DEFENDANT CAPITAL ONE AUTO FINANCE'S SECOND AMENDED RESPONSE TO COURT-ORDERED INTERROGATORIES

Defendant Capital One Auto Finance, a division of Capital One, N.A., responds to this Court's Interrogatories to Defendant, stating as follows:

### Introductory Statement

COAF has made a diligent and good faith effort to identify and gather all information and documents necessary to respond to the Court's Interrogatories. The following responses are provided based on the information available to, and located by COAF as of the date of service of these Responses. COAF reserves its right to supplement or modify its responses to the extent necessary and required by law to incorporate later discovered information or documents, and to rely upon any and all such information or documents at trial or otherwise in this case.

1. How many telephone calls or other communications do your records show as being made or sent during the time period alleged by Plaintiff.

**RESPONSE:**

**Pursuant to Rule 33(d), COAF states that record of calls COAF made during the time period alleged by Plaintiff is contained in the Activity Notes and call logs that have been produced and are bates stamped Green-Mobley v. COAF 0000182-Green-Mobley v.**

COAF 000282, Green-Mobley v. COAF 000417-Green-Mobley v. COAF 000422 and Green-Mobley v. COAF 000457- Green-Mobley v. COAF 000464.

Review of COAF's call logs which have been produced reflect that 1,100 calls were made to telephone number (407) 244-6433 on the account ending in – 3203 between July 6, 2013 and July 6, 2017. Review of COAF's Activity Notes further provide that the following additional calls were made on the loan ending in -3203 between July 6, 2013 and July 6, 2017, but not all of these calls were made to telephone number (407) 244-6433:

- 9/21/2016 - 12:05
- 9/20/2016 - 11:04
- 9/16/2016 - 13:18
- 9/1/2016 - 8:34
- 8/25/2016 - 18:41
- 8/19/2016 - 15:43
- 8/1/2016 - 17:58
- 7/28/2016 - 15:06
- 7/7/2016 - 15:40
- 6/9/2016 - 14:25
- 6/7/2016 - 14:45
- 5/20/2016 - 15:19
- 5/19/2016 - 16:33
- 5/2/2016 - 13:23
- 4/21/2016 - 14:19
- 3/11/2016 - 9:26
- 3/8/2016 - 9:55
- 3/7/2016 - 9:32
- 3/1/2016 - 17:01
- 2/19/2016 - 8:55
- 2/17/2016 - 14:37
- 2/3/2016 - 16:55
- 1/4/2016 - 10:44
- 12/23/2015 - 15:10
- 12/5/2014 - 19:59
- 12/5/2014 - 19:37
- 5/2/2014 - 8:42
- 5/1/2014 - 10:28
- 4/30/2014 - 15:21
- 4/29/2014 - 18:36
- 4/22/2014 - 19:48
- 4/4/2014 - 13:34
- 4/3/2014 - 13:01
- 4/2/2014 - 14:25
- 3/29/2014 - 13:33

- 3/24/2014 - 15:09
- 3/23/2014 - 18:24
- 3/23/2014 - 18:28
- 12/13/2013 - 10:29

The calls reflected on the document bates stamped Green-Mobley v. COAF 0000465 - Green-Mobley v. COAF 0000472 reflect calls made telephone numbers 443-418-6287 and 703-576-6550, which are not numbers associated with Plaintiff or the loan at issue. The calls reflected in Green-Mobley v. COAF 0000465 - Green-Mobley v. COAF 0000472 were not all made regarding the loan at issue.

2. Were the calls made by an automatic dialer?

RESPONSE:

COAF placed certain calls to Plaintiff with technology that meets the Federal Communications Commission's (FCC) current interpretation of what constitutes an automatic telephone dialing system as defined by 47 U.S.C. § 227(a)(1)(A). Should the FCC change its interpretation during the pendency of this matter or should the interpretation be overturned, reversed, or modified, COAF reserves the right to amend its answer to this Request.

3. If telephone calls were at issue, was a prerecorded voice used?

RESPONSE:

COAF placed certain calls to Plaintiff with technology that meets the Federal Communications Commission's (FCC) current interpretation of what constitutes an automatic telephone dialing system as defined by 47 U.S.C. § 227(a)(1)(A). Should the FCC change its interpretation during the pendency of this matter or should the interpretation be overturned, reversed, or modified, COAF reserves the right to amend its answer to this Request.

4. Did you ever receive documented prior consent to contact Plaintiff?

RESPONSE:

Yes.

5. Did you ever receive documented revocation of a consent to contact Plaintiff?

RESPONSE:

Yes.

6. If the communications at issue pertained to a debt, were you ever placed on notice, before the Complaint was filed, that Plaintiff had retained counsel with respect to the debt alleged to be at issue in the Complaint.

**RESPONSE:**

**Yes.**

7. If the communications at issue pertained to a debt, what is your capacity with respect to the debt alleged to be at issue in the Complaint? For example, are you the owner of the note, a servicer of both?

**RESPONSE:**

**COAF is the owner and servicer of the debt.**

8. Do you contend that Plaintiff's claims are subject to a mandatory arbitration agreement?

**RESPONSE:**

**No.**

As to Interrogatory Answers:

Capital One Auto Finance, a Division of Capital One, N.A.

By: _____
Its: Principal Supplier Manager

STATE OF _____ )
COUNTY OF _____ )

BEFORE ME, the undersigned authority, personally appeared _____, authorized representative of Capital One Auto Finance, a division of Capital One, N.A. who is personally known to me deposes and says that the answers written after each of the foregoing Interrogatory Responses are true and correct to the best of my knowledge, information and belief and subscribed name thereto in certification thereof.

SWORN and SUBSCRIBED to before me this _____ day of _____, 2018.

_____
NOTARY PUBLIC

[SEAL]

My Commission Expires: _____

Respectfully Submitted,

/s/*Rachel Cash*
Rik S. Tozzi (*Admitted Pro Hac Vice*)
Rik.Tozzi@burr.com
Megan P. Stephens (92557)
Megan.Stephens@burr.com
Rachel B. Cash (114052)
Rachel.Cash@burr.com
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: 205-251-3000
Counsel for Capital One Auto Finance, a division of Capital One, N.A.

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 14th day of September, 2018, I caused a copy of the foregoing to be electronically filed, which will provide electronic notice of the filing to the following:

Todd M. Davis, Esq.
Ariel R. Spires, Esq.
Davis Law Firm
Bank of America Tower
50 North Laura Street, Suite 2500
Jacksonville, FL 32202
TD@DavisPLLC.com
Aspires@DavisPLLC.com

/s/*Rachel Cash*
Rachel B. Cash (114052)