# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TOYA GREEN-MOBLEY,

    Plaintiff,

v.                                       CASE NO:  3:17-cv-764-J-34JBT

CAPITAL ONE AUTO FINANCE, INC.,

    Defendant.
_____

## NOTICE OF PENDING SETTLEMENT

Plaintiff, TOYA GREEN-MOBLEY, pursuant to M.D. Fla. Local Rule 3.08, notifies the Court that the parties have reached a settlement in this case and are currently finalizing the settlement documents.  Once complete, the settlement should resolve all issues in this action.  The parties will file the requisite dismissal documents when settlement is complete.

                                                        Respectfully Submitted,

                                                        **DAVIS LAW FIRM**

                                                        */s/ Ariel R. Spires*
                                                        **TODD M. DAVIS, ESQ.**
                                                        FL BAR NO. 58470
                                                        TD@DavisPLLC.com
                                                         **ARIEL R. SPIRES, ESQ.**
                                                       FL BAR NO. 0124523
                                                       aspires@DavisPLLC.com
                                                       231 East Adams Street
                                                       Jacksonville, FL 32202
                                                      904-400-1429 (T)
                                                      904-638-8800 (F)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 8, 2019, I E-filed this document using the CM/ECF system.  I further certify that I am not aware of any non-CM/ECF participants.

*/s/ Ariel R. Spires*
**ARIEL R. SPIRES, ESQ.**