# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TOYA GREEN-MOBLEY,

      Plaintiff,

v.                                                CASE NO: 3:17-cv-764-J-34JBT

CAPITAL ONE AUTO FINANCE, INC.,

      Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, TOYA GREEN-MOBLEY, and Defendant CAPITAL ONE AUTO FINANCE, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate that the matters between them have been resolved and therefore request this Court to dismiss the lawsuit, with prejudice,[1] with each party to bear its own fees and costs.

Respectfully Submitted,

| **DAVIS LAW FIRM** | **BURR & FORMAN, LLP** |
|---|---|
| */s/Ariel R. Spires* | */s/Rachel B. Cash* |
| **TODD M. DAVIS, ESQ.** | **RIK S. TOZZI, ESQ.** |
| FL BAR NO. 58470 | Pro Hac Vice |
| TD@DavisPLLC.com | rtozzi@burr.com |
| **ARIEL R. SPIRES, ESQ.** | **RACHEL B. CASH, ESQ.** |
| FL BAR NO. 0124523 | FL BAR NO. 114052 |
| Aspires@DavisPLLC.com | rcash@burr.com |
| 231 E. Adams Street | 420 N. 20th Street |
| Jacksonville, Florida 32202 | 205-251-3000 (T) |
| 904-400-1429 (T) | 205-244-5646 |
| 904-638-8800 (F) | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

---

[1] The parties inadvertently missed the October 8, 2019, deadline to file a joint stipulation of dismissal. [*Order*, DE 103]. The parties file this joint stipulation to notify the Court that pursuant to the parties' settlement agreement, Plaintiff's dismissal of this action is *with prejudice*.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 16, 2019, I E-filed this document using the CM/ECF system. I further certify that I am not aware of any non-CM/ECF participants.

*/s/ Ariel R. Spires*
**ARIEL R. SPIRES, ESQ.**